

**Ganfer Shore Leeds & Zauderer LLP**

360 Lexington Avenue
New York, New York 10017

January 3, 2020

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

      Re:   *Luna and Rios v. Fratelli Italiani, LLC and Kavita Jagnarine*, No. 19-cv-10849 (S.D.N.Y.) (VSB)

Dear Judge Broderick:

    This firm represents Fratelli Italiani, LLC and Kavita Jagnarine, defendants in the above-referenced action. We respectfully request an extension until February 7, 2020 for defendants to respond to the Complaint.

    Defendants' response to the Complaint is currently due on January 3. Plaintiff consents to the extension request, which is the first request for an extension in this matter, and is being sought as counsel has just been retained in the action.

    Thank you for your consideration.

                        Respectfully submitted,

                        Craig S. Kesch

cc:   Counsel of Record (via ECF)

1132046