```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARTIN LUNA et. al.,                                        :
                                                            :
                              Plaintiffs,                   :
                                                            :          19-CV-10849 (VSB)
             -against-                                      :
                                                            :               ORDER
FRATELLI ITALIANI LLC et. al.,                              :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

On January 8, 2021, the parties appeared before me for a telephonic conference to discuss the status of the parties' settlement efforts. During the conference, the parties asked that I set a control date for further updates regarding the proposed settlement. Accordingly, it is hereby:

ORDERED that the parties shall submit a joint status letter regarding the status of settlement negotiations and the timeline for reopening Defendant's restaurant on or before March 12, 2021.

SO ORDERED.

Dated: January 8, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge