UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
MARTIN LUNA and ALEJANDRO RIOS,  :
                                                :        **No. 19 Civ. 10849 (VSB)**
                Plaintiffs,       :
                                                :
       -against-               :
                                                :        **JUDGMENT**
FRATELLI ITALIANI LLC d/b/a DA MARINO  :
RESTAURANT and KAVITA JAGNARINE,      :
                                                :
                Defendants.    :
------------------------------------------------------------------------ X

       **UPON CONSIDERATION** of Plaintiffs' Notice of Acceptance of Defendants' Rule 68 Offer of Judgment (ECF No. 47), it is hereby **ORDERED** that Plaintiffs Martin Luna and Alejandro Rios recover from Defendants Fratelli Italiani LLC d/b/a Da Marino Restaurant and Kavita Jagnarine, jointly and severally, the total amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), inclusive of attorneys' fees and costs, as set forth in the accepted Offer of Judgment.

       **SO ORDERED**.

Dated:  New York, New York
              _____7/29, 2021

                                                                              _____
                                                                             Hon. Vernon S. Broderick
                                                                              United States District Judge
                                                                              Southern District of New York